# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Mr. Acosta may file his reply on or before November 21, 2022.
SO ORDERED.
Dated 10/3/2022

*P. Kevin Castel*
United States District Judge

Robert Acosta,

Petitioner,

vs

Civil No. 1:22-01774-PKC
Criminal No: 1:18-00080-PKC-1

United States of America,

Respondents

_____/

## MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY
## TO THE GOVERNMENT'S RESPONSE IN OPPOSITION

*COMES NOW*, Robert Acosta, hereinafter known as petitioner, in pro se forma, respectfully requests this Honorable Court an 'Extension of Time' to file a diligent Reply to the Government's Response in Opposition filed in September 5th, 2022 (Dkt. 194) In support thereof petitioner avers:

1- Petitioner received the government's Response in the institutional mail on the 10th of September 2022. The government opposed to each of petitioner's arguments raised in the 2255 petition. Specifically, in its response the government included counsel(s), Wiensten and Koffsky, respective affidavits concerning petitioner's claims under ineffective assistance of counsel. (See, Response)

Mailed to Mr. Acosta on 10/3/2022

2- It is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read 'to raise the strongest arguments that they suggest.' See, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009); see generally *Haines v. Kerner*, 404 U.S. 519, 520-521 (1972) (per curiam). Pro se complaints should be read with "special solicitude" and should be interpreted to raise the "strongest [claims] that they suggest." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2nd Cir. 2006).

3- The right to reply is an integral part of the Rules of Civil Procedure. More importantly, petitioner will submit family members version of facts concerning counsels' assertions contained in the affidavits submitted in the government's Response. Also, conditions of the pandemic and institution restrictions are still enforced where petitioner is currently housed.

4- Based on the above, petitioner seeks and extension of time of at least **sixty (60)** days to file a reply in the instant proceedings. Moreover, the time requested is necessary to prepare and adequate amended petition. See Pro Se Handbook –After Service of Process; Section E (a, ii).

  **WHEREFORE**, for the foregoing reasons, petitioner prays this Honorable Court grants the following pro se request for an extension of time and/or grants any other relief this courts deems proper.

File on the __29__ day of September 2022

                    *Robert Acosta*

                    Robert Acosta
                    Petitioner Pro se

# **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* under penalty of perjury that the following "Motion for an Extension of Time" is true and correct. Also, a copy of the foregoing motion was mailed first class and pre-paid to the United States Attorney's Office located at 1 St. Andrew's Plaza New York City, NY 10007.

*Robert Acosta*

Robert Acosta
Petitioner Pro Se
Register No: 79974-054
McCreary - USP
PO Box 3000
Pine Knot, KY 42635

ROBERT ACOSTA
#77997-054 UNIT 2H
UNITED STATES PENITENTIARY
MCCREARY, PO BOX 3000
PINE KNOT, KY. 42635

**PRIORITY MAIL**
TRACKED INSURED

USPS
SDNY

CLERK OF COURT
DANIEL PATRICK MOYNIHAN
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. - 10007

RECEIVED
SEP 30 2022
CLERK'S OFFICE
S.D.N.Y.

EXPECTED DELIVERY DAY: 10/01/22
USPS TRACKING® #

U.S. POSTAGE PAID
PM BRONX, NY
10471
SEP 29, 22
AMOUNT
$8.70
R2305M149186-07